UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

UNITED STATES OF AMERICA           )
                                   )
                                   )      Case No. 1:09-cr-67
v.                                 )
                                   )
                                   )      MATTICE / LEE
OMAR GALLEGOS-GARCIA               )

## O R D E R

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:

(1) grant Defendant's motion to withdraw his not guilty plea to Count One of the one-count

Indictment (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate

Defendant guilty of the charges set forth in Count One of the Indictment; and (4) find Defendant

shall remain in custody until sentencing in this matter [Doc. 26].   Neither party filed a timely

objection to the report and recommendation.   After reviewing the record, the Court agrees with the

magistrate judge's report and recommendation.   Accordingly, the Court **ACCEPTS** and **ADOPTS**

the magistrate judge's report and recommendation [Doc. 26] pursuant to 28 U.S.C. § 636(b)(1) and

**ORDERS** as follows:

(1)      Defendant's motion to withdraw his not guilty plea to Count One of the Indictment

         is **GRANTED**;

(2)      Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

(3)     Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the

Indictment;

(4)     Defendant **SHALL REMAIN** in custody until sentencing in this matter which is

scheduled to take place on **January 11, 2010 at 10:30 a.m. [EASTERN]** before the

Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**

_____*/s/Harry S. Mattice, Jr.*_____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE